No. 19,179.

GEORGE A. SCAVO AND ARTHUR C. VALENTE *v.*
WILLIAM A. SARCONI.
(358 P. [2d] 615)

Decided December 30, 1960.

Mr. JOSEPH N. LILLY, for plaintiffs in error.

Mr. ROBERT J. KIRSCHWING, for defendant in error.

*In Department.*

Opinion by MR. CHIEF JUSTICE SUTTON.

This case arises out of the same series of transactions as in *Chacon v. Scavo,* No. 19,169, announced this date and is governed by that decision.

In the instant case Scavo and Valente claimed that the facts relating to the use of the land had been misrepresented to them by Sarconi, who originally gave the option on the land to Scavo and Valente. This suit was brought as a result of the *Chacon* action to secure indemnification for any liability imposed upon Scavo and Valente in the first action.

The judgment accordingly must be affirmed.

MR. JUSTICE KNAUSS and MR. JUSTICE FRANTZ concur.